## SAMUEL E. WILSON *v.* GEORGE MARENNA
## (AC 20541)

Lavery, C. J., and Spear and Daly, Js.

Argued February 26—officially released March 27, 2001

Per Curiam. The judgment is affirmed.

## PATRICK UCCI *v.* MOLLY M. UCCI
## (AC 20574)

Schaller, Mihalakos and Hennessy, Js.

Submitted on briefs March 2—officially released March 27, 2001

Per Curiam. The judgment is affirmed.

## ELNORA PARMLEE *v.* RICHARD PARMLEE
## (AC 20838)

Schaller, Mihalakos and Hennessy, Js.

Submitted on briefs March 2—officially released March 27, 2001

Per Curiam. The judgment is affirmed.